Matter of AL Asphalt Corp. v Town of Hamburg (2026 NY Slip Op 01655)

Matter of AL Asphalt Corp. v Town of Hamburg

2026 NY Slip Op 01655

Decided on March 20, 2026

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 20, 2026
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: LINDLEY, J.P., CURRAN, OGDEN, GREENWOOD, AND HANNAH, JJ.

95 CA 25-00306

[*1]IN THE MATTER OF AL ASPHALT CORPORATION AND CHEEKTOWAGA CONCRETE, LLC, PETITIONERS-PLAINTIFFS-RESPONDENTS,
vTOWN OF HAMBURG, TOWN OF HAMBURG TOWN BOARD, RANDY HOAK, MEGAN COMERFORD, SHAWN CONNOLLY, ELIZABETH FARRELL LORENTZ AND KAREN HOAK, CONSTITUTING TOWN OF HAMBURG TOWN BOARD, TOWN OF HAMBURG PLANNING BOARD, WILLIAM CLARK, KAITLIN MCCORMICK, DENNIS CHAPMAN, CYNTHIA GRONACHAN, DAN SZEWC, MARGAUX VALENTI AND KAITLIN MCGEE-CHMURA, CONSTITUTING TOWN OF HAMBURG PLANNING BOARD, RESPONDENTS-DEFENDANTS-APPELLANTS. (APPEAL NO. 2.) 

PHILLIPS LYTLE LLP, BUFFALO (CRAIG R. BUCKI OF COUNSEL), FOR RESPONDENTS-DEFENDANTS-APPELLANTS. 
LAW OFFICE OF RALPH C. LORIGO, WEST SENECA (FRANK J. JACOBSON OF COUNSEL), FOR PETITIONERS-PLAINTIFFS-RESPONDENTS. 

 Appeal from an order of the Supreme Court, Erie County (Emilio Colaiacovo, J.), entered January 14, 2025, in a proceeding pursuant to CPLR article 78 and declaratory judgment action. The order, among other things, denied respondents-defendants' motion insofar as it sought leave to renew. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.
Same memorandum as in Matter of AL Asphalt Corp. v Town of Hamburg ([appeal No. 1] — AD3d — [Mar. 20, 2026] [4th Dept 2026]).
Entered: March 20, 2026
Ann Dillon Flynn
Clerk of the Court